## Exhibit A to the Complaint

**Location:** Queens, NY  **IP Address:** 173.52.43.32
**Total Works Infringed:** 28  **ISP:** Verizon Fios

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | A726FA8A8670A48B2BACC1214B89F4836D22499E | 08/17/2025 07:30:58 | Vixen | 08/15/2025 | 08/19/2025 | PA0002545669 |
| 2 | 49A853F75104EE580C943AB7093372C383357197 | 06/28/2025 21:17:19 | Blacked | 06/27/2025 | 07/08/2025 | PA0002539161 |
| 3 | 76CCE131E34CF4414ED8DBC8D95A8FAE5C8DEE7B | 02/02/2025 20:35:11 | Vixen | 01/31/2025 | 02/18/2025 | PA0002515961 |
| 4 | 0519048cc08d2f3e18230b6f328cf71323097d29 | 01/18/2025 07:31:36 | Blacked | 08/23/2019 | 09/11/2019 | PA0002199989 |
| 5 | 4C948EF3A05199CBDBF9D0FA744DF106E78150E2 | 12/11/2024 23:33:06 | Blacked Raw | 07/03/2023 | 07/13/2023 | PA0002420355 |
| 6 | 12F395F456C5E7415B4EF87F16E6ABAB8BA2F588 | 12/03/2024 14:40:11 | Blacked | 11/29/2024 | 12/13/2024 | PA0002506313 |
| 7 | f574e0e6c407f696204f51e6c0e3e994311b7dfc | 10/05/2024 22:38:36 | Vixen | 02/23/2018 | 03/01/2018 | PA0002079181 |
| 8 | 3c8bac07a887109b203b0de0026ba18b878a2553 | 09/26/2024 04:12:13 | Blacked Raw | 11/29/2021 | 02/03/2022 | PA0002341803 |
| 9 | 9A5218C0000FB8A15180C0BC225EC391FA9BFF35 | 09/07/2024 21:26:10 | Blacked | 09/05/2024 | 09/17/2024 | PA0002490366 |
| 10 | cd81e382212fe9d77714c6bc46a83e95ba2862b4 | 08/24/2024 03:52:04 | TushyRaw | 07/02/2024 | 07/15/2024 | PA0002480607 |
| 11 | b50fdb865f836706c35af81e437a6e3acc65b7f8 | 08/24/2024 01:48:46 | TushyRaw | 08/06/2024 | 08/14/2024 | PA0002484827 |
| 12 | ca1996fc41c0b2ffaaed56f363562b5ad88a2310 | 08/24/2024 01:47:45 | TushyRaw | 06/18/2024 | 07/15/2024 | PA0002480612 |
| 13 | c77b1ca084c1a324adc154c430dd53f68b275bd3 | 08/24/2024 01:42:05 | TushyRaw | 07/16/2024 | 08/14/2024 | PA0002484829 |
| 14 | 6fdc802494c0fccdaf108ad365650ecb73ea6dab | 08/24/2024 01:36:34 | TushyRaw | 07/09/2024 | 07/16/2024 | PA0002480606 |
| 15 | 581f4bbb160830de7592522e28d00b6aba297b12 | 08/24/2024 00:59:14 | TushyRaw | 07/23/2024 | 08/15/2024 | PA0002484859 |
| 16 | 37499b7d1ba348323efc2c693835f5c32ed1466b | 08/24/2024 00:47:23 | TushyRaw | 07/30/2024 | 08/14/2024 | PA0002484828 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | e988f32a4a026517a0a44399972936390e9d48e0 | 08/24/2024 00:45:15 | TushyRaw | 08/13/2024 | 09/18/2024 | PA0002490536 |
| 18 | 74148460025f0a9805eaacf050e4ec31d869a7c0 | 08/24/2024 00:41:07 | TushyRaw | 06/25/2024 | 07/15/2024 | PA0002480610 |
| 19 | 25a0a1a9f3d732f17fccbef5b9f11856c82f1be6 | 08/24/2024 00:36:10 | TushyRaw | 08/20/2024 | 09/18/2024 | PA0002490534 |
| 20 | 8BB074E225C6C871CDBD1831D394E9988502CEBD | 07/27/2024 13:24:49 | Blacked Raw | 10/09/2018 | 11/01/2018 | PA0002143427 |
| 21 | AF96EE573EB75078F49ABE87BB1FE91A3F15C177 | 07/27/2024 13:22:28 | Blacked | 06/09/2018 | 07/14/2018 | PA0002130453 |
| 22 | 654FDEBA4D88249E1F34D0661AB9A548091828CC | 07/27/2024 13:20:55 | Tushy | 08/09/2018 | 09/05/2018 | PA0002135685 |
| 23 | AB103F155B309E48A7A7D65C62F4307E08958ABF | 07/04/2024 11:22:02 | Blacked Raw | 07/01/2024 | 07/15/2024 | PA0002480619 |
| 24 | f5d23905723aa7c6c1e02c8d0c7f80ccdf3d51e1 | 06/05/2024 01:10:35 | Vixen | 03/10/2019 | 04/29/2019 | PA0002170360 |
| 25 | 21B48876D773FFC6B5220C38D72B2211C41860EB | 05/28/2024 19:16:03 | Blacked Raw | 05/06/2024 | 05/07/2024 | PA0002469675 |
| 26 | 5E9460353C79ACFDEF31546DDF5423FB6C6AE062 | 05/28/2024 19:12:15 | Blacked | 04/18/2024 | 05/08/2024 | PA0002470014 |
| 27 | 94C9FEE85182BDFC2B14DFFFB1EA5E74734C2D07 | 05/28/2024 19:07:38 | Blacked | 05/23/2024 | 06/18/2024 | PA0002476881 |
| 28 | 02889a5db4125dc2a15807294f62d9c15a65c3b0 | 05/26/2024 15:47:08 | Vixen | 05/19/2018 | 07/14/2018 | PA0002128156 |